UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LONNIE L. BURTON,<br><br>      Plaintiff,<br><br>v.<br><br>SGT. JOHNSON, JOHN DOES 1 and 2, and SGT ADAMS,<br><br>      Defendants. | NO:  2:14-CV-0133-JPH<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE |

  Magistrate Judge Hutton filed a Report and Recommendation on July 22, 2014, recommending Plaintiff's motions to voluntarily dismiss and to waive collection of the filing fee be granted (ECF No. 12).  There being no objections, the Court **ADOPTS** the Report and Recommendation.  The Motion to Voluntarily Dismiss (ECF No. 9), is **GRANTED** and Complaint (ECF No. 6) is **DISMISSED WITHOUT PREJUDICE.**

ORDER ADOPTING REPORT AND RECOMMENDATION -- 1

Case 2:14-cv-00133-JPH    Document 13    Filed 09/08/14

1  **IT IS FURTHER ORDERED** Plaintiff's Motion to Waive Filing Fee (ECF
2  No. 10), is **GRANTED** and the institution having custody of Mr. Burton shall
3  cease collection of the filing fee in this action, cause number **2:14-cv-00133-JPH.**

4  **IT IS SO ORDERED**. The District Court Executive is directed to enter this
5  Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff
6  and close the file. The District Court Executive is further directed to send a copy
7  of this Order to the **Department of Corrections, Attn: LFO/COS UNIT, P.O.**
8  **Box 41107, Olympia, WA  98504-1107,** to forward to the appropriate agency
9  having custody of Plaintiff. The District Court Executive also **shall** provide a copy
10 of this Order to the Financial Administrator for the United States District Court,
11 Eastern District of Washington.

12  **DATED** September 8, 2014.



                    _s/ Thomas O. Rice_
                    THOMAS O. RICE
                    United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION -- 2