# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LONNIE L. BURTON,<br>*Plaintiff*<br>v.<br>SGT. JOHNSON, JOHN DOES 1 and 2, and SGT ADAMS,<br>*Defendant* | Civil Action No.  2:14-CV-0133-JPH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Motion to Voluntarily Dismiss (ECF No. 9), is GRANTED and Complaint (ECF No. 6) is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a Report and Recommendation (ECF No. 12).

Date:  September 8, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen